IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUAN E. VALAZQUEZ,

        Plaintiff,

vs.                                CASE NO. 5:07cv110/RS-MD

OFFICER WILSON, et al,

        Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 17). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The clerk is directed to close the file.

ORDERED on November 27, 2007.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**